```
MOTION:         ✓
Granted     ✓
Denied      _____
Overruled   _____
Date        _____
            [signature] 4/22/09
```

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

BRAKE LANDSCAPING & )
   LAWNCARE, INC. )
    )
   Plaintiff, )
    )
vs. ) Cause No. 4:08-cv-01490
    )
HAWKEYE-SECURITY INS. CO., et al., )
    )
   Defendants. )

### PLAINTIFF'S MOTION TO CONTINUE

Comes now Plaintiff and requests an extension to May 8, 2009, in order to respond to Defendants' additional facts, their Memorandum in opposition and in support to the two Motions for Summary Judgment, and their Motion for Summary Judgment. Defendants have no objection to this extension. As grounds for this Motion, Plaintiff states a deposition needs to be taken, as is more fully explained in Plaintiff's Memorandum in Support of Plaintiff's Motion to Continue, the contents of which are incorporated herein as if more fully set forth.

                                                LAW OFFICES OF DAVID C. KNIERIEM

                                                **/s/David C. Knieriem**
                                                David C. Knieriem   #3578
                                                7711 Bonhomme, Suite 850
                                                Clayton, MO  63105
                                                314-862-5110
                                                314-862-5943 (fax)
                                                Attorney for Plaintiff
                                                attorneydavek@cs.com